

# THE LAW OFFICE OF FLORIAN MIEDEL

---

June 2, 2011

The Honorable Frederic Block
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: <u>United States v. Elizabeth Moran-Toala, 08-CR-103</u>**

Dear Judge Block:

    I write to request permission for Fran Obeid to second-seat me during the trial of Ms. Moran-Toala commencing the week of June 20, 2011. Ms. Obeid is admitted in the Eastern District of New York, and is a founding partner of her own firm, Obeid & Lowenstein, LLP. Ms. Obeid has been a practicing attorney for fifteen years. She has successfully represented clients on her own in various New York State courts, and has co-counseled on federal matters in both the Eastern District of New York and the Southern District of New York. Ms. Obeid has met with Ms. Elizabeth, who has welcomed her assistance with the trial.

    I anticipate that Ms. Obeid will conduct the examinations of some of the witnesses during the trial. I have discussed this request with the government, which has no objection. I do not request CJA compensation for Ms. Obeid.

    Thank you for your consideration.

Sincerely,<br><br>
*/s/ Florian Miedel*<br>
Florian Miedel

Cc:    Clerk of the Court (ECF)
         AUSA Patricia Notopoulos(ECF)

Trinity Centre • 111 Broadway Suite 1401 • New York New York 10006 • 212-616-3042(T) • 212-616-3046(F)
www.Miedellaw.com